IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor, <br><br>  Plaintiff, <br><br> v. <br><br> ARSENAL HEALTH, LLC, <br> d/b/a Iron ReHealth, <br><br>  Defendant. | Case No. 2:22-cv-582-SMD |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the Court on the Parties' joint motion to dismiss (Doc. 20). In the motion, the Parties represent that, since filing of the Secretary's Petition to Enforce Administrative Subpoena, Respondent has produced documents responsive to the outstanding document requests identified in the petition and neither Party requires further assistance from the Court. The Parties therefore request that the Court dismiss this action without prejudice. Upon consideration of the Parties' joint motion, it is

ORDERED that the Motion (Doc. 20) is GRANTED and this action is dismissed without prejudice. The Parties shall bear their own costs.

DONE this 9th day of January, 2023.

_/s/ Stephen M. Doyle_
Stephen M. Doyle
CHIEF U.S. MAGISTRATE JUDGE